■  GERALD GUTERMAN et al., Respondents, v GEORGE H. MEEHAN et al., Appellants.—Order, Supreme Court, New York County, entered March 13, 1980, affirmed, without costs. In this action to recover damages for alleged defamatory statements and wrongful conduct by the defendants, defendants' law firm was disqualified from further representation because it was obvious that a member of the firm would likely be called as a witness. (Code of Professional Responsibility, DR 5-101, subd [B].) However, the court at Special Term permitted the said attorneys to prosecute this appeal, and we herewith permit the said attorneys to continue their representation until the depositions heretofore noticed and which are now pending are completed. Concur—Kupferman, J. P., Birns, Fein and Carro, JJ.

■  In the Matter of AMERICAN BROADCASTING COMPANIES, INC., Respondent-Appellant, v TAX COMMISSION OF THE CITY OF NEW YORK et al., Appellants-Respondents.—Determination of appeals from judgment, Supreme Court, New York County, entered on October 3, 1974, unanimously held in abeyance and the matter remanded to Justice Bowman for detailed findings in accordance with subdivision 2 of section 720 of the Real Property Tax Law. No opinion. Concur—Kupferman, J. P., Sandler, Ross, Silverman and Carro, JJ.

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT JOHNSON, Appellant.—Judgment, Supreme Court, New York County, rendered on March 16, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sandler, Sullivan, Lupiano and Silverman, JJ.